AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    25-cv-03384-CJC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Office of General Counsel, Social Security Administration

was received by me on *(date)*    10/22/2025    .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*

Service was completed by mailing a copy of the documents listed herein to Office of General Counsel, Social Security Administration, 6401 Security Boulevard, Baltimore, Maryland 21235 on 10/29/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3473 05. Service was signed for on 10/31/2025, electronic return receipt attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    11/10/2025

*Carrie Hollingshed*
*Server's signature*

Carrie Hollingshed, Private Process Server
*Printed name and title*

7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**Democracy Forward Foundation**
                              *Plaintiff*

                                              *vs.*                    Case No.: 1:25-cv-03384-CJC

**Social Security Administration**
                              *Defendant*

## *AFFIDAVIT OF SERVICE BY CERTIFIED MAIL*

*I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.*

*DOCUMENT(S): Summons, Civil Cover Sheet, and Complaint for Injunctive Relief with Exhibits*

*SERVE TO: Office of General Counsel, Social Security Administration*

*SERVICE ADDRESS: 6401 Security Boulevard, Baltimore, Maryland 21235*

*METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Office of General Counsel, Social Security Administration, 6401 Security Boulevard, Baltimore, Maryland 21235 on 10/29/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9481 7362 0855 1274 3473 05. Service was signed for on 10/31/2025, electronic return receipt attached.*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 11/10/2025*

*Carrie Hollingshed*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number: DFF v. SSA*
*Job #:14445882*



October 31, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9481 7362 0855 1274 3473 05**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | October 31, 2025, 8:42 am |
| **Location:** | BALTIMORE, MD 21235 |
| **Postal Product:** | Priority Mail Express 2-Day® |
| **Extra Services:** | PO to Addressee |
| | Signature Service |
| | Up to $100 insurance included |
| **Recipient Name:** | OFFICE OF GENERAL COUNSEL |
| **Actual Recipient Name:** | S SA |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Recipient Signature

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Office of General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Cost of Service: $29.45
Reference #: 14445882