**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DEMOCRACY FORWARD FOUNDATION,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil Case No. SAG-25-3384** |
| **SOCIAL SECURITY ADMINISTRATION,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * *

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is this 27th day of August, 2026, ORDERED that Plaintiff's Motion for Entry of Judgment under Rule 54(b), ECF 34, is DENIED.

/s/
Stephanie A. Gallagher
United States District Judge